UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCIENTIFIC APPLICATIONS & RESEARCH ASSOCIATES (SARA), INC., <br><br>Plaintiff, <br><br>v. <br><br>ZIPLINE INTERNATIONAL, INC., <br><br>Defendant. | Case No. 22-cv-04480-JSC <br><br>**PRETRIAL ORDER NO. 5: AMENDED CASE SCHEDULE AND VACATING FURTHER CASE MANAGEMENT CONFERENCE** |

Upon review of the parties' joint case management conference statement (Dkt. No. 171), and at the parties' request, the Court amends the pretrial schedule as follows:

| | |
|---|---|
| Expert discovery closes: | November 1, 2024 |
| Summary Judgment and Daubert Motions: | November 22, 2024 |
| Summary Judgment/Daubert Oppositions: | December 20, 2024 |
| Replies ISO Summary Judgment/ Daubert: | January 17, 2025 |
| Last day for hearing on dispositive motions: | February 20, 2025 |
| Pretrial conference: | May 22, 2025 |
| Trial: | June 2, 2025 |

The further case management conference scheduled for October 10, 2024 is VACATED.

**IT IS SO ORDERED.**

Dated: October 7, 2024

JACQUELINE SCOTT CORLEY
United States District Judge